CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 18 2011 for Roanoke
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LOREN C. VANNEST, ) | Civil Action No. 7:10-cv-00570 |
|    Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COUNTY OF ROCKINGHAM ) | |
| VIRGINIA, et al., ) | By: Hon. Jackson L. Kiser |
|    Defendants. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in forma pauperis; plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 18th day of April, 2011.

                                                /s/ Jackson L. Kiser
                                                Senior United States District Judge